1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>GARY NATHAN HARRIS,<br><br>     Defendant. | ) Case No. 10-1885M<br>)<br>) **ORDER OF DETENTION AFTER**<br>) **HEARING**<br>)<br>) Fed. R. Crim. P. 32.1(a)(6)<br>)<br>) [Allegations of Violations of<br>) Probation or Supervised Release or<br>) Conditions of Release] |
|---|---|

  On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

  (A) (✔) the appearance of defendant as required; and/or

  (B) (✔) the safety of any person or the community.

/
/
/

The Court concludes:

A.  (✔)  Defendant poses a risk to the safety of other persons or the community because of Defendant's lengthy criminal history and the instant allegations, among other things.  Defendant has not demonstrated otherwise by clear and convincing evidence.

B.  (✔)  Defendant is a flight risk because of Defendant's repeated pattern of probation, supervised release, and/or parole violations, the instant allegations, and the failure to provide pertinent background information.  Defendant has not demonstrated otherwise by clear and convincing evidence.

IT IS ORDERED that Defendant be detained.

DATED: August 3, 2010

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE